**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7008

AALON SMITH,

Plaintiff - Appellant,

versus

VIRGINIA MEDICAL DEPARTMENT FOR THE DEPARTMENT
OF CORRECTIONS; PAGE TRUE, Warden,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (1:05-cv-00138-GBL)

Submitted: September 26, 2006      Decided: October 3, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Aalon Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Aalon Smith appeals the district court's order denying his motion to reconsider his 42 U.S.C. § 1983 (2000) action pursuant to Fed. R. Civ. P. 60(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Va. Med. Dep't for the Dep't of Corrs., No. 1:05-cv-00138-GBL (E.D. Va. filed May 3, 2006 & entered May 4, 2006). We deny Smith's motion to be relocated to another facility. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED